IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | |
|---|---|
| LORRAINE M. BIEGANSKI, Special Administrator of the Estate of RONALD BIEGANSKI, deceased<br>v.<br>AC and S, Inc., et al., et al. | CIVIL ACTION MDL 875<br><br>PA-ED CASE NO. 09-60498 |

## ORDER APPOINTING SPECIAL ADMINISTRATOR

AND NOW, this 29th day of July, 2010, upon consideration of the motion to appoint a special administrator filed by plaintiff (Doc. No. 9), having received no response from defendants[1], and having found and concluded as follows:

1. Ronald E. Bieganski died on February 28, 2000.

2. Lorraine M. Bieganski is the surviving wife of the decedent.

It is hereby **ORDERED** that the motion is **GRANTED** and:

Lorraine M. Bieganski is appointed special administrator solely for the purposes of pursuing the above captioned lawsuit.

The complaint and caption are hereby amended substituting Lorraine M. Bieganski, individually and as special administrator for the estate of Ronald E. Bieganski, deceased, as plaintiff herein.

_____
LOWELL A. REED, JR., Sr. J.

---

[1] By paragraph 8 of my letter-order dated May 10, 2010, I informed counsel that any motion to appoint a special administrator, which was not responded to by the defendants within the time allotted to them pursuant to Eastern District of Pennsylvania Local Rule of Civil Procedure 7.1, would be considered to be uncontested.